```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
JEFFERIES LLC,

                Petitioner,                    O R D E R

        - against -                            19 Civ. 3147 (NRB)

JON A. GEGENHEIMER,

                Respondent.
--------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the motions presently before the Court in this matter will be held <u>telephonically</u> on May 20, 2020, at 11:30 a.m. Dial-in information will be posted on ECF on the date of the conference.

Dated:   New York, New York
         May 4, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE