UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6|17|2020

----------------------------------------------------------X

JEFFRIES LLC,

                         Petitioner,                        19 **CIVIL** 3147 (NRB)

        -against-                                           **JUDGMENT**

JON A. GEGENHEIMER,

                         Respondent.

----------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Memorandum and Order dated June 17, 2020, Respondent Gegenheimer has failed to

establish that the Panel manifestly disregarded the law in rendering the Award. Therefore,

petitioner Jefferies' motion to confirm the Award is granted, and respondent Gegenheimer's cross-

motion to vacate the Award is denied.

**Dated**: New York, New York
        June 17, 2020


                                **RUBY J. KRAJICK**
                        _____
                                **Clerk of Court**
                BY:
                        _____
                                **Deputy Clerk**