# Buchanan Ingersoll & Rooney PC

**Andrew J. Shapren**
(215) 665-3853
Andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760

www.bipc.com

> Application granted.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Date: July 2, 2020

July 1, 2020

<u>**VIA ECF AND OVERNIGHT MAIL**</u>

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>*Jefferies LLC v. Jon A. Gegenheimer*, CA No. 1:19-cv-03147</u>

Dear Judge Buchwald:

      Pursuant to the Court's Individual Practice Rule 2.H.2, Jefferies LLC submits this letter motion for permission to file redacted documents.

      Pursuant to the Court's June 17, 2020 Memorandum and Order in this matter, Jefferies is simultaneously filing its Application for Fees, Costs, and Interest in this matter.  *See* ECF 54 at 30.  In support of this application, Jefferies is submitting contemporaneous records evidencing its attorneys' fees and costs, in the form of the invoices for the services of the law firms of Buchanan Ingersoll & Rooney PC and of Sullwold & Hughes.  Jefferies respectfully requests permission to file lightly redacted copies of these invoices, solely for the purpose of protecting privileged communications and attorney work product.  The proposed redacted documents are attached as Exhibits C and D to the Declaration of Andrew J. Shapren in support of Jefferies' Request for Fees and Costs, and are being filed simultaneously with this letter motion as Exhibits A and B.

      Two courtesy hard copies of this letter motion and Jefferies' Application for Fees, Costs, and Interest, with all supporting documents, are enclosed.

      Respectfully yours,

      */s/Andrew J. Shapren*

cc:  David Jacobs (via ECF only)      Andrew J. Shapren