# Buchanan Ingersoll & Rooney PC

**Andrew J. Shapren**
(215) 665-3853
Andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760

www.bipc.com

```
Application granted.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date: July 23, 2020
```

July 22, 2020

**VIA ECF AND OVERNIGHT MAIL**

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  ***Jefferies LLC v. Jon A. Gegenheimer***, CA No. 1:19-cv-03147

Dear Judge Buchwald:

      Pursuant to the Court's Individual Practice Rule 2.H.2, Jefferies LLC submits this letter motion for permission to file redacted documents.

      Jefferies is simultaneously filing its Reply Memorandum of Law in Support of its Application for Fees, Costs, and Interest in this matter.  In support of this application, Jefferies is submitting contemporaneous records evidencing additional attorneys' fees and costs incurred since it filed its original Application dated July 1, 2020, in the form of an invoice for the services of the law firm of Buchanan Ingersoll & Rooney PC.  Jefferies respectfully requests permission to file a lightly redacted copy of this invoice, solely for the purpose of protecting privileged communications and attorney work product.  The proposed redacted documents are attached as Exhibit A the Supplemental Declaration of Andrew J. Shapren in support of Jefferies' Request for Fees and Costs, and are being filed simultaneously with this letter motion as Exhibit A.

      Two courtesy hard copies of this letter motion and Jefferies' Reply Memorandum of Law in Support of its Application for Fees, Costs, and Interest, with all supporting documents, are enclosed.

Respectfully yours,

*/s/Andrew J. Shapren*

Andrew J. Shapren

cc:  David Jacobs (via ECF only)