# Buchanan Ingersoll & Rooney PC

**Andrew J. Shapren**
(215) 665-3853
Andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760
www.bipc.com

June 30, 2021

> Application granted.
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated:   New York, N.Y.
>          July 6, 2021

VIA ECF AND OVERNIGHT MAIL

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Jefferies LLC v. Jon A. Gegenheimer*, CA No. 1:19-cv-03147

Dear Judge Buchwald:

Pursuant to the Court's Individual Practice Rule 2.H.2, Jefferies LLC submits this letter motion for permission to file redacted documents.

Jefferies is simultaneously filing its Supplemental Application for Fees, Costs, and Interest in this matter.  In support of this application, Jefferies is submitting contemporaneous records evidencing additional attorneys' fees and costs incurred since it filed its original Application and supporting Reply in July 2020, in the form of invoices for the services of the law firm of Buchanan Ingersoll & Rooney PC.  Jefferies respectfully requests permission to file lightly redacted copies of these invoices.  The vast majority of the redactions are for the purpose of protecting privileged communications and attorney work product.  In addition, a small number of entries have been redacted in full to avoid duplication.  These fully-redacted entries, which were previously included in Jefferies' original Application, are not included in the calculation of new attorneys' fees and costs being submitted in Jefferies' Supplemental Application.  The proposed redacted documents are attached as Exhibit A to the Second Supplemental Declaration of Andrew J. Shapren in support of Jefferies' Request for Fees and Costs, and are being filed simultaneously with this letter motion as Exhibit A.

Two courtesy hard copies of this letter motion and Jefferies' Supplemental Application for Fees, Costs, and Interest, with all supporting documents, are enclosed.

Respectfully yours,

*/s/Andrew J. Shapren*

Andrew J. Shapren

cc:  David Jacobs (via ECF only)

**BIPC.com**