**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JEFFRIES LLC,

                Petitioner,

                19 **CIVIL** 3147 (NRB)

      -against-

                **AMENDED JUDGMENT**

JON A. GEGENHEIMER,

                Respondent.
---------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Court's Memorandum and Order dated August 25, 2021, Jeffries' motion for attorneys' fees is granted in part. An Amended judgment is entered in favor of Jefferies and against Gegenheimer as follows:

    (a)  $1,483,245.36 in accordance with the terms of the Award;

    (b)  pre-judgment interest at a rate of nine percent per annum on $1,483,245.36 from April 8, 2019 until June 17, 2020 in the amount of $159,459.04;

    (c)  interest at the federal post-judgment interest rate of 0.18% on $1,483,245.36 from June 17, 2020 until the date of entry of this amended judgment in the amount of $3,182.79;

(d)  additional fees and costs in the amount of $380,786.05; and

(e)  interest at the federal post-judgment interest rate on the total award of $1,864,031.41 from the date of entry of this amended judgment.

**DATED**: New York, New York
August 26, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *[signature: David J. Thomas]*
**Deputy Clerk**